UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:07-CR-186-T-27EAJ

IBRAHAN POSADAS-AGUILERA
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant's "motion" for appointment of appellate counsel (Dkt. 123) be DENIED. (Dkt. 124). Defendant filed objections to the Report and Recommendation (Dkt. 125).

After careful consideration of Report and Recommendation and Defendant's objections, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 124) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendant's "motion" for appointment of appellate counsel (Dkt. 123) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 15th day of June, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record